Sarolta Z. FARKAS, Petitioner

v.

UNEMPLOYMENT COMPENSATION
BOARD OF REVIEW,
Respondent

No. 448 MAL 2017

Supreme Court of Pennsylvania.

December 27, 2017

## ORDER

PER CURIAM

**AND NOW**, this 27th day of December, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania,
Respondent

v.

Joshua WILLIAMS, Petitioner

No. 597 MAL 2017

Supreme Court of Pennsylvania.

December 27, 2017

## ORDER

PER CURIAM

**AND NOW**, this 27th day of December, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania,
Respondent

v.

Syeen HILL, Petitioner

No. 629 MAL 2017

Supreme Court of Pennsylvania.

December 27, 2017

## ORDER

PER CURIAM

**AND NOW**, this 27th day of December, 2017, the Petition for Allowance of Appeal is **DENIED**.